

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 22, 2021

**BY EMAIL**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Guzman Martinez, et al.*, S9 19 Cr. 536 (PKC)

Dear Judge Castel:

    On or about July 8, 2021, a grand jury sitting in this district returned the above-captioned superseding indictment, charging Pedro Guzman Martinez, a/k/a "Peter," Abel Montilla, a/k/a "Coche Bomba," Jorge Miranda-Sang, a/k/a "Chinito," and Luis Gomez Ortiz, a/k/a "Kike," with participating in a narcotics conspiracy. Arrest warrants for the defendants were signed by a Magistrate Judge sitting in this District on or about the same day. On or about July 22, 2021, the defendants were arrested. Accordingly, the Government respectfully requests that the superseding Indictment be unsealed. A proposed order is enclosed for the Court's consideration.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By:   /s  _____
    Juliana N. Murray
    Ryan B. Finkel
    Peter J. Davis
    Assistant United States Attorneys
    Southern District of New York

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  X
                                    :
UNITED STATES OF AMERICA            :
                                    :
          - v. -                    :    UNSEALING ORDER
                                    :
PEDRO GUZMAN MARTINEZ, et al.       :    S9 19 Cr. 536 (PKC)
                                    :
          Defendants.               :
                                    :
- - - - - - - - - - - - - - - - -  X
```

Upon the application of the United States of America, by and through Assistant United States Attorney Peter J. Davis, it is hereby ORDERED that Superseding Indictment S9 19 Cr. 536 (PKC), which was filed under seal on or about July 8, 2021, is unsealed.

SO ORDERED.

Dated: New York, New York
       July 22, 2021

_____
P. Kevin Castel
United States District Judge