```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  X
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :     UNSEALING ORDER
                                    :
PEDRO GUZMAN MARTINEZ, et al.       :     S9 19 Cr. 536 (PKC)
                                    :
            Defendants.             :
                                    :
- - - - - - - - - - - - - - - - -  X
```

Upon the application of the United States of America, by and through Assistant United States Attorney Peter J. Davis, it is hereby ORDERED that Superseding Indictment S9 19 Cr. 536 (PKC), which was filed under seal on or about July 8, 2021, is unsealed.

SO ORDERED.

Dated: New York, New York
       July 22, 2021

_____
P. Kevin Castel
United States District Judge