UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                              S9 19 CR 536 (PKC)

            -against-                                         ORDER

GUZMAN MARTINEZ, et al.,

                        Defendant.
-------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

            Upon the application of the government, a pretrial conference is scheduled for

October 20, 2021 at 3:00 p.m.  I find that the ends of justice will be served by granting a

continuance and that taking such action outweighs the best interest of the public and the

defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance

is needed to  allow the parties time to produce and review discovery and to engage in discussions

regarding a potential pretrial resolution of this matter; and, to provide for mandatory exclusion of

any period of delay resulting from any proceeding relating to the removal of any defendant from

another district or from the transportation of any defendant from another district.   Accordingly,

the time between today and October 20, 2021 is excluded.

            SO ORDERED.

                                        _____
                                              P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
            August 19, 2021