UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                             19-cr-536 (PKC)

              -against-                            ORDER

PEDRO GUZMAN MARTINEZ, ABEL
MONTILLA, JORGE MIRANDA-SANG, and
LUIS GOMEZ ORTIZ,

                          Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

           The trial of this action is set for September 26, 2022 at 10:00 a.m. in Courtroom

11D.

           SO ORDERED.

                                        P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
       May 16, 2022